No. 87–1805. KOMJATHY v. ADMINISTRATOR, FEDERAL AVIATION ADMINISTRATION, ET AL. C. A. D. C. Cir. Certiorari denied.

No. 87–1827. LoDUCA v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 87–1844. BEHAR v. SOUTHEAST BANK TRUST CO. ET AL. Dist. Ct. App. Fla., 3d Dist. Certiorari denied.

No. 87–1850. J. E. T. S., INC. v. UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 87–6322. PENDLETON v. TURNER ET AL. C. A. 9th Cir. Certiorari denied.

No. 87–6379. O'BYRNE v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 87–6389. DOWNS v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 87–6476. HARP v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 87–6511. PARKHURST v. SHILLINGER ET AL. C. A. 10th Cir. Certiorari denied.

No. 87–6687. WALL v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 87–6699. RUFFIN v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 87–6737. DOYLE v. UNITED STATES PAROLE AND PROBATION COMMISSION. C. A. 11th Cir. Certiorari denied.

No. 87–6756. ALLEN v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 87–6768. PETTY v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 87–6785. TOMBURELLO ET UX. v. COMMISSIONER OF INTERNAL REVENUE. C. A. 9th Cir. Certiorari denied.